IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHLEY SMITH, | : | Civil No. 1:18-CV-1957 |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ABIGAIL M. ROBERTS, individually and in her capacity as a police officer for the Harrisburg Police Bureau, | : | |
| | : | |
|     Defendant. | : | Judge Sylvia H. Rambo |

## O R D E R

For the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant Abigail M. Roberts' motion to dismiss for failure to state a claim (Doc. 3) is hereby **GRANTED** as follows:

1. Count 1 is dismissed **WITH PREJUDICE**;

2. Counts 2 and 3 are dismissed **WITHOUT PREJUDICE**; and

3. To the extent the complaint raises claims against the City of Harrisburg or the Harrisburg Police Department, those claims are dismissed **WITH PREJUDICE**.

                                                   *s/Sylvia H. Rambo*
                                                   SYLVIA H. RAMBO
                                                   United States District Judge

Dated: April 29, 2019