IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASHLEY SMITH,** | : | Civil No. 1:18-CV-1957 |
| **Plaintiff,** | : | |
| v. | : | |
| **ABIGAIL M. ROBERTS, individually and in her capacity as a police officer for the Harrisburg Police Bureau,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

# O R D E R

For the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant Abigail M. Roberts' motion to dismiss for failure to state a claim (Doc. 15) is hereby **GRANTED** with respect to Plaintiff's claims for Intentional Infliction of Emotional Distress and Invasion of Privacy.

*s/Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: August 15, 2019